Anna Berning, Appellee, v. Carrie E. Berning et al.
Appeal of Carrie E. Berning, Appellant.

Gen. No. 42,714.

opinion filed December 13, 1943.
Opinion by PRESIDING JUSTICE O'CONNOR.  Not to be published in full.